# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FABRIZIO BIVONA,<br>           Plaintiff | : |
| | : Civil No. 3:23-CV-01154 |
| v. | : |
| | : |
| BOROUGH OF GIRARDVILLE<br>(GIRARDVILLE BOROUGH<br>COUNCIL and GIRARDVILLE POLICE<br>COMMITTEE), MAYOR JUDITH L.<br>MEHLBAUM (individually); EDWARD<br>BURNS (individually), | : (Judge Munley) |
|            Defendants | : |

## ORDER

AND NOW, this 12th day of January, 2024, upon consideration of the within Motion for Extension of Time to File a Reply Brief in Opposition to Plaintiff's Brief in Support of his First Motion to Amend/Correct Plaintiff's Amended Complaint (Doc. 33), said Motion is hereby GRANTED and it is hereby ORDERED and DECREED that the Defendants have until January 19, 2024, to file a response to Plaintiff's Brief in Support of his First Motion to Amend/Correct Plaintiff's Amended Complaint.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court