# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fabrizio Bivona, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 3:23-cv-01154 - MCC |
| Borough of Girardville (Girardville | : | |
| Borough Council and Girardville | : | |
| Police Committee), Mayor | : | |
| Judith L. Mehlbaum (individually), | : | |
| and Edward Burns (individually), | : | JURY TRIAL DEMANDED |
|     Defendants | : | |

## **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Andrew W. Norfleet, Esquire, on behalf of Defendants, Borough of Girardville, Girardville Borough Council and Girardville Police Committee, Mayor Judith L. Mehlbaum, and Edward Burns relative to the above referenced matter.

                                                                        Respectfully submitted,

                                                                        **Lavery Law**

Date: *April 05, 2024*                            */s/ Andrew W. Norfleet*
                                                                         Andrew W. Norfleet, Esquire
                                                                          Atty. I.D. # 83894
                                                                          225 Market Street, Suite 304
                                                                          Harrisburg, PA 17101-2126
                                                                          (717) 233-6633 (telephone)
                                                                          (717) 233-7003 (facsimile)
                                                                          anorfleet@laverylaw.com
                                                                          *Attorney for Defendants*

# **CERTIFICATE OF SERVICE**

I, Ashleigh R. Weaver do hereby certify that on this day of April 05, 2024, I served a true and correct copy of the foregoing Withdrawal of Appearance via the Court's ECF System on all counsel of record addressed as follows:

Seth Daniel Carson
1628 Packer Ave
Philadelphia, PA 19145
(484) 678-2210 (telephone)
sethdocket@gmail.com
*Attorney for Plaintiff*

> */s/ Ashleigh R. Weaver*
> Ashleigh R. Weaver
> Paralegal