IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FABRIZIO BIVONA,<br>      Plaintiff | : | No. 3:23cv1154 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| BOROUGH OF GIRARDVILLE<br>(GIRARDVILLE BOROUGH COUNCIL<br>and GIRARDVILLE POLICE<br>COMMITTEE), MAYOR JUDITH L.<br>MEHLBAUM (individually); and<br>EDWARD BURNS (individually),<br>      Defendants | : | |

......................................................................................

**ORDER**

**AND NOW**, this ____ day of August 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss (Doc. 18) is **GRANTED** in part and **DENIED** in part;

2) Defendants' motion to dismiss is **GRANTED** with prejudice with regard to: a) plaintiff's claim for punitive damages against the Borough of Girardville as part of any cause of action pursuant to Section 1983; b) plaintiff's claims for statutory and liquidated damages; c) plaintiff's Section 1981 claim against the Borough of Girardville; d) plaintiff's Section 1983 claims arising out of the Fourth and Fifth Amendments; and e) plaintiff's Title VII claims against the individual defendants;

3) Defendants' motion to dismiss is **DENIED** in all other respects;

4) Plaintiff's motion for leave to file a second amended complaint (Doc. 20) is **GRANTED**; and

5) Within seven (7) days of this order, plaintiff shall file a second amended complaint with the additional delineated causes of action and facts as proposed (Doc. 32-1) that also comports with the court's rulings on defendants' motion to dismiss above.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court