IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FABRIZIO BIVONA,** | : | No. 3:23cv1154 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **BOROUGH OF GIRARDVILLE** | : | |
| **(GIRARDVILLE BOROUGH COUNCIL** | : | |
| **and GIRARDVILLE POLICE** | : | |
| **COMMITTEE), MAYOR JUDITH L.** | : | |
| **MEHLBAUM (individually); and** | : | |
| **EDWARD BURNS (individually),** | : | |
| **Defendants** | : | |

..............................................................................................................................

**ORDER**

**AND NOW**, to wit, this \_16th\_ day of June 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b), (Doc. 56), is **GRANTED** in part;

2) Count I of Plaintiff Fabrizio Bivona's amended complaint for the alleged violations of 42 U.S.C. § 1981, 42 U.S.C. § 1983, and Title VII of the Civil Rights Act of 1964 is **DISMISSED** with prejudice;

3) The court declines to exercise supplemental jurisdiction over plaintiff's state law claims in Count II and Count III of the amended complaint;

4) Counts II and III are **DISMISSED** without prejudice to the plaintiff pursuing those claims in state court if he so chooses; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court